IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MITEL NETWORKS CORPORATION AND MITEL (DELAWARE) INC., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC. <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

Civil Action No. 1:12-cv-00325 GMS

JURY TRIAL DEMANDED

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties and subject to the approval of the Court, that the time for Defendant Facebook, Inc. to answer, move, or otherwise respond to Plaintiffs Mitel Networks Corporation and Mitel (Delaware) Inc.'s Complaint for Patent Infringement is extended to and including May 9, 2012. The reason for such extension is to allow Defendant to adequately assess and investigate the claims set forth in the Complaint.

Dated: March 30, 2012

| | |
|---|---|
| By: /s/ Thomas L. Halkowski <br> Thomas L. Halkowski (No. 4099) <br> FISH & RICHARSON, PC <br> 222 Delaware Avenue, Suite 1700 <br> Wilmington, DE 19801 <br> Telephone: (302) 652-5070 <br> Fax: (302) 652-0607 <br> Email: *halkowski@fr.com* <br> *Attorney for Plaintiffs* | By: /s/ Steven L. Caponi <br> Steven L. Caponi (No. 3484) <br> BLANK ROME LLP <br> 1201 Market Street, Suite 800 <br> Wilmington, DE 19801 <br> Telephone: (302) 425-6400 <br> Fax: (302) 425-6464 <br> Email: *caponi@blankrome.com* <br> *Attorney for Defendant* |

**SO ORDERED** on this _____ day of _____, 2012.

_____
The Honorable Gregory M. Sleet
United States District Judge