IN THE UNITED STATES COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MITEL NETWORKS CORPORATION;<br>MITEL (DELAWARE), INC.,<br><br>       Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:12-cv-00325-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF BRIAN WIKNER IN SUPPORT OF
### DEFENDANT FACEBOOK, INC.'S MOTION TO TRANSFER VENUE

I, Brian Wikner, state as follows:

1. I am an attorney at the law firm of Cooley LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned action brought by Plaintiffs Mitel Networks Corporation and Mitel (Delaware), Inc. (collectively, "Mitel"). I have personal knowledge of the facts set forth in this declaration and, if called upon, could testify truthfully and accurately thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Facebook, Inc.'s Complaint for Patent Infringement, filed in the action styled *Facebook, Inc. v. Mitel Networks Corporation et al.*, Case No. CV 12-04230-KAW (N.D. Cal.).

3. Attached hereto as Exhibit 2 is a true and correct copy of Mitel Networks Corporation and Mitel (Delaware), Inc.'s Answer and Counterclaims to Pragmatus AV, LLC's First Amended Complaint in the action styled *Pragmatus AV, LLC v. Mitel Networks*

*Corporation et al.*, Case No. 1:11-cv-01089-GMS (D. Del.), which I retrieved from the District of Delaware's ECF website on August 8, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of the public LinkedIn profile for Debbie Pinard, which I retrieved from http://ca.linkedin.com/pub/debbie-pinard/2/195/b97 on August 1, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of the public LinkedIn profile for Richard Deadman, which I retrieved from http://ca.linkedin.com/in/rdeadman on August 1, 2012.

6. Attached hereto as Exhibit 5 is a true and correct copy of the listing of Mitel Networks Corporation's world-wide office locations, which I retrieved from Mitel's public website at http://www.mitel.com/contacts on August 2, 2012.

7. Attached hereto as Exhibit 6 is a true and correct copy of the U.S. Patent and Trademark Office's ("USPTO") assignments record for U.S. Patent No. 5,940,834, which I retrieved from the USPTO's public website at http://assignments.uspto.gov on August 2, 2012.

8. Attached hereto as Exhibit 7 is a true and correct copy of the U.S. Patent and Trademark Office's ("USPTO") assignments record for U.S. Patent No. 7,292,685, which I retrieved from the USPTO's public website at http://assignments.uspto.gov on August 2, 2012.

9. Attached hereto as Exhibit 8 are true and correct copies of Tables C and C-5 from the 2011 Annual Report, "Judicial Business in the United States," compiled by the Administrative Office of the United States Courts, which I retrieved from http://www.uscourts.gov/uscourts/Statistics/JudicialBusiness/2011/JudicialBusiness2011.pdf on the U.S. Courts' website on August 10, 2012.

10. The named inventors on several prior art patents cited on the face of the patents-in-suit identify themselves as being located in the Northern District of California. These individuals include Ralph E. Wesinger, Jr. (San Jose, CA), Christopher D. Coley (Morgan Hill, CA) (U.S. Patent No. 5,778,367); Sheri L. Gish (Mountain View, CA) (U.S. Patent No. 5,768,510); Giuseppe Gennaro (Cupertino, CA), Jake McGowan (San Jose, CA), Anne P. Wagner (Menlo Park, CA), Kinney Wong (San Jose, CA), Benjamin A. Zamora (Stanford, CA) (U.S. Patent No. 5,742,768); Tobin Jon Lehman (Los Gatos, CA) (U.S. Patent Nos. 5,974,420 and 5,963,947); and Daniel Alexander Ford (Los Gatos, CA) (U.S. Patent No. 5,963,947).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Palo Alto, California this 13th day of August, 2012.

_____
Brian P. Wikner