# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PRAGMATUS AV, LLC,

                    Plaintiff,

          v.

MITEL NETWORKS CORPORATION and MITEL
(DELAWARE), INC.

                    Defendants.

Civil Case No. 11-1089-GMS

**JURY TRIAL DEMANDED**

## MITEL NETWORKS CORPORATION'S AND MITEL (DELAWARE), INC.'S
## ANSWER AND COUNTERCLAIMS
## TO PRAGMATUS AV, LLC'S FIRST AMENDED COMPLAINT

Mitel Networks Corporation's and Mitel (Delaware), Inc.'s (collectively referred to as "Mitel"), by and through their attorneys, respectfully submits its Answer and Counterclaims in response to the First Amended Complaint of Pragmatus AV, LLC ("Pragmatus"). Mitel specifically denies each and every allegation in the Complaint not expressly admitted below.

### MITEL'S ANSWER

#### Introduction

1.     Mitel denies the allegations in paragraph 1 of the Complaint.

2.     Mitel does not have sufficient information to admit or deny the allegations in paragraph 2 of the Complaint and, therefore, denies them.

3.     Mitel does not have sufficient information to admit or deny the allegations in paragraph 3 of the Complaint and, therefore, denies them.

4.     Mitel does not have sufficient information to admit or deny the allegations in paragraph 4 of the Complaint and, therefore, denies them.

5.     Mitel does not have sufficient information to admit or deny the allegations in paragraph 5 of the Complaint and, therefore, denies them.

6.     Mitel does not have sufficient information to admit or deny the allegations in paragraph 6 of the Complaint and, therefore, denies them.

7.     Mitel does not have sufficient information to admit or deny the allegations in paragraph 7 of the Complaint and, therefore, denies them.

8.     Mitel does not have sufficient information to admit or deny the allegations in paragraph 8 of the Complaint and, therefore, denies them.

9.     Mitel does not have sufficient information to admit or deny the allegations in paragraph 9 of the Complaint and, therefore, denies them.

### Parties

10.     Mitel does not have sufficient information to admit or deny the allegations in paragraph 10 of the Complaint and, therefore, denies them.

11.     Mitel states that Mitel Networks Corporation has a principal place of business at 350 Leggett Drive, Ottawa, Ontario Canada K2K 2W7.  Mitel otherwise admits the allegations in paragraph 11 of the Complaint.

12.     Mitel admits the allegations in paragraph 12 of the Complaint.

13.     Mitel denies the allegations in paragraph 13 of the Complaint.

### Jurisdiction

14.     Mitel admits that the Complaint purports to state an action arising under the patents laws of the United States, Title 35 of the United States Code, but denies that Pragmatus is entitled to the relief sought.  Mitel admits that the Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

**Venue**

15.     Mitel admits that venue is proper in this district, but denies that venue is convenient. Mitel further denies that it has committed acts of patent infringement in this district and denies any remaining allegations in paragraph 15 of the Complaint.

16.     Mitel admits that the Court has personal jurisdiction over Mitel. Mitel denies that it has committed acts of patent infringement and denies any remaining allegations in paragraph 16 of the Complaint.

**The Patents-In-Suit**

17.     Mitel incorporates its responses to paragraphs 1-16 of the Complaint as if fully set forth herein.

18.     Mitel admits that U.S. Patent No. 6,237,025 ("the '025 Patent") is entitled "Multimedia Collaboration System" and that the '025 Patent on its face indicates that it issued on May 22, 2001, but denies that it was duly and lawfully issued. Mitel admits that a copy of what appears to be the '025 Patent is attached to the Complaint. Except as expressly admitted or denied, Mitel does not have sufficient information to admit or deny the allegations in paragraph 18 of the Complaint and, therefore, denies them.

19.     Mitel does not have sufficient information to admit or deny the allegations in paragraph 19 of the Complaint and, therefore, denies them.

20.     Mitel admits that U.S. Patent No. 6,351,762 ("the '762 Patent") is entitled "Method and System for Log-In-Based Video and Multimedia Calls" and that the '762 Patent on its face indicates that it issued on February 26, 2002, but denies that it was duly and lawfully issued. Mitel admits that a copy of what appears to be the '762 Patent is attached to the

Complaint.  Except as expressly admitted or denied, Mitel does not have sufficient information to admit or deny the allegations in paragraph 20 of the Complaint and, therefore, denies them.

21.     Mitel does not have sufficient information to admit or deny the allegations in paragraph 21 of the Complaint and, therefore, denies them.

22.     Mitel admits that U.S. Patent No. 7,185,054 ("the '054 Patent") is entitled "Participant Display and Selection in Video Conference Calls" and that the '054 Patent on its face indicates that it issued on February 27, 2007, but denies that it was duly and lawfully issued.  Mitel admits that a copy of what appears to be the '054 Patent is attached to the Complaint.  Except as expressly admitted or denied, Mitel does not have sufficient information to admit or deny the allegations in paragraph 22 of the Complaint and, therefore, denies them.

23.     Mitel does not have sufficient information to admit or deny the allegations in paragraph 23 of the Complaint and, therefore, denies them.

24.     Mitel admits that U.S. Patent No. 5,896,500 ("the '500 Patent") is entitled "System for Call Request which Results in First and Second Call Handle Defining Call State Consisting of Active or Hold for its Respective AV Device" and that the '500 Patent on its face indicates that it issued on April 20, 1999, but denies that it was duly and lawfully issued.  Mitel admits that a copy of what appears to be the '500 Patent is attached to the Complaint.  Except as expressly admitted or denied, Mitel does not have sufficient information to admit or deny the allegations in paragraph 24 of the Complaint and, therefore, denies them.

25.     Mitel does not have sufficient information to admit or deny the allegations in paragraph 25 of the Complaint and, therefore, denies them.

26.     Mitel admits that U.S. Patent No. 5,854,893 ("the '893 Patent") is entitled "System for Teleconferencing in which Collaboration Types and Participants by Name or Icons

are Selected by a Participant of the Teleconference" and that the '893 Patent on its face indicates that it issued on December 29, 1998, but denies that it was duly and lawfully issued. Mitel admits that a copy of what appears to be the '893 Patent is attached to the Complaint. Except as expressly admitted or denied, Mitel does not have sufficient information to admit or deny the allegations in paragraph 26 of the Complaint and, therefore, denies them.

27.   Mitel does not have sufficient information to admit or deny the allegations in paragraph 27 of the Complaint and, therefore, denies them.

28.   Mitel admits that U.S. Patent No. 6,212,547 ("the '547 Patent") is entitled "UTP Based Video and Data Conferencing," and that the '547 Patent on its face indicates that it issued on April 3, 2001, but denies that it was duly and lawfully issued.  Mitel admits that a copy of what appears to be the '547 Patent is attached to the Complaint.  Except as expressly admitted or denied, Mitel does not have sufficient information to admit or deny the allegations in paragraph 28 of the Complaint and, therefore, denies them.

29.   Mitel does not have sufficient information to admit or deny the allegations in paragraph 29 of the Complaint and, therefore, denies them.

## COUNT I

### U.S. Patent No. 6,237,025

30.   Mitel incorporates its responses to paragraphs 1-29 of the Complaint as if fully set forth herein.

31.   Mitel denies the allegations in paragraph 31 of the Complaint.

32.   Mitel admits that it received a letter from Pragmatus dated October 31, 2011, but otherwise denies the allegations in paragraph 32 of the Complaint.

33.   Mitel denies the allegations in paragraph 33 of the Complaint.

## COUNT II

### U.S. Patent No. 6,351,762

34.     Mitel incorporates its responses to paragraphs 1-29 of the Complaint as if fully set forth herein.

35.     Mitel denies the allegations in paragraph 35 of the Complaint.

36.     Mitel admits that it received a letter from Pragmatus dated October 31, 2011, but otherwise denies the allegations in paragraph 36 of the Complaint.

37.     Mitel denies the allegations in paragraph 37 of the Complaint.

## COUNT III

### U.S. Patent No. 7,185,054

38.     Mitel incorporates its responses to paragraphs 1-29 of the Complaint as if fully set forth herein.

39.     Mitel denies the allegations in paragraph 39 of the Complaint.

40.     Mitel admits that it received a letter from Pragmatus dated October 31, 2011, but otherwise denies the allegations in paragraph 40 of the Complaint.

41.     Mitel denies the allegations in paragraph 41 of the Complaint.

## COUNT IV

### U.S. Patent No. 5,896,500

42.     Mitel incorporates its responses to paragraphs 1-29 of the Complaint as if fully set forth herein.

43.     Mitel denies the allegations in paragraph 43 of the Complaint.

44.     Mitel admits that it received a letter from Pragmatus dated October 31, 2011, but otherwise denies the allegations in paragraph 44 of the Complaint.

45.     Mitel denies the allegations in paragraph 45 of the Complaint.

### COUNT V

### U.S. Patent No. 5,854,893

46.     Mitel incorporates its responses to paragraphs 1-29 of the Complaint as if fully set forth herein.

47.     Mitel denies the allegations in paragraph 47 of the Complaint.

48.     Mitel admits that it received a letter from Pragmatus dated October 31, 2011, but otherwise denies the allegations in paragraph 48 of the Complaint.

49.     Mitel denies the allegations in paragraph 49 of the Complaint.

### COUNT VI

### U.S. Patent No. 6,212,547

50.     Mitel incorporates its responses to paragraphs 1-29 of the Complaint as if fully set forth herein.

51.     Mitel denies the allegations in paragraph 51 of the Complaint.

52.     Mitel admits that it received a letter from Pragmatus dated October 31, 2011, but otherwise Mitel denies the allegations in paragraph 52 of the Complaint.

53.     Mitel denies the allegations in paragraph 53 of the Complaint.

### Demand for Jury Trial

Mitel admits that Pragmatus demands a trial by jury on all issues so triable.

### Prayer for Relief

Mitel denies that Pragmatus is entitled to any relief whatsoever from Mitel, and denies all of the allegations and relief sought in Pragmatus' Prayer for Relief.

### Mitel's Defenses

Mitel asserts the following defenses against Pragmatus' assertion of infringement of the '025, '762, '054, '500, '893 and '547 Patents (individually and collectively, the "Pragmatus Patents"). In doing so, Mitel does not assume the burden of proof with respect to those defenses that rightfully should be placed on Pragmatus. Mitel reserves the right to amend its answer and defenses as additional information becomes known through the course of discovery.

### First Defense

54.     Mitel does not infringe and has not infringed (either directly, indirectly, contributorily, or by inducement) any valid and enforceable claim of the Pragmatus Patents, either literally or under the doctrine of equivalents and is not liable for infringement of any valid and enforceable claim of the Pragmatus Patents.

### Second Defense

55.     The claims of the Pragmatus Patents are invalid and/or unenforceable for failure to satisfy one or more of the conditions of patentability set forth in Title 35 of the United States Codes, including, but not limited to, 35 U.S.C. §§ 101, 102, 103 and/or 112.

### Third Defense

56.     Pragmatus' claims for damages, if any, against Mitel for alleged infringement of the Pragmatus' Patents are limited by 35 U.S.C. §§ 286 and/or 287.

### Fourth Defense

57.     To the extent that Pragmatus asserts that Mitel has committed or is committing indirect infringement of the Pragmatus Patents, Mitel is not liable for its acts alleged to have been performed before Mitel knew of the Pragmatus Patents and/or that its acts could cause any alleged infringement.

**Fifth Defense**

58.     Pragmatus' Complaint fails to state a claim upon which relief can be granted.

**Sixth Defense**

59.     Pragmatus' claims for relief are barred in whole or in part by laches, waiver, estoppel and/or other equitable doctrines.


**MITEL'S COUNTERCLAIMS FOR DECLARATORY JUDGMENT**

Mitel asserts the following counterclaims against Pragmatus:

**The Parties**

1.     Mitel Networks Corporation is a Canadian corporation with a principal place of business at 350 Leggett Drive, Ottawa, Ontario Canada K2K 2W7. Mitel (Delaware), Inc. is a Delaware corporation with a principal place of business at 7300 West Boston Street, Chandler, Arizona 85226. (Mitel Networks Corporation and Mitel (Delaware), Inc. are referred to collectively as "Mitel.")

2.     In its Complaint, Pragmatus avers that it is incorporated under the law of the Commonwealth of Virginia and has a principal place of business at 601 King Street, Alexandria, Virginia 22314.

**Jurisdiction and Venue**

3.     These counterclaims for declaratory judgment arise under the Federal Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*, and the Patent Act of the United States, 35 U.S.C. § 101, *et seq.* The Court has jurisdiction over these counterclaims pursuant to 28 U.S.C. §§ 1331, 1338, 2201 and 2202.

4.     The Court has personal jurisdiction over Pragmatus by virtue of Pragmatus' filing of this action.

5.     To the extent that this action remains in this district, venue over these counterclaims is proper in this Court pursuant to 28 U.S.C. § 1391 and 1400, and because, among other reasons, Pragmatus filed its Complaint here.

**Declaratory Judgment of Noninfringement of the Pragmatus Patents**

6.     An actual and justiciable controversy exists between Mitel and Pragmatus concerning the infringement of the Pragmatus Patents by virtue of Pragmatus' allegations of infringement as set forth in its Complaint.

7.     Mitel does not infringe and has not infringed (either directly, indirectly, contributorily, or by inducement) any valid and enforceable claim of the Pragmatus Patents, either literally or under the doctrine of equivalents and is not liable for infringement of any valid and enforceable claim of the Pragmatus Patents.

8.     Mitel is entitled to a declaratory judgment from this Court that Mitel does not infringe and has not infringed (either directly, indirectly, contributorily or by inducement) any valid and enforceable claim of the Pragmatus Patents, either literally or under the doctrine of equivalents.

**Declaratory Judgment of Invalidity and/or Unenforceability of the Pragmatus Patents**

9.     An actual and justiciable controversy exists between Mitel and Pragmatus concerning the validity of the Pragmatus Patents by virtue of Pragmatus' allegations of infringement as set forth in its Complaint.

10.     The Pragmatus Patents are invalid and/or unenforceable for failure to satisfy one or more of the conditions of patentability set forth in Title 35 of the United States Codes, including, but not limited to, 35 U.S.C. §§ 101, 102, 103 and/or 112.

11.     Mitel is entitled to declaratory judgment from this Court that the Pragmatus Patents are invalid and/or unenforceable for failure to satisfy one or more of the conditions of patentability set forth in Title 35 of the United States Codes, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, and/or 112.

### Demand for Jury Trial

Mitel hereby requests a trial by jury for all issues so triable.

### Mitel's Prayer for Relief

WHEREFORE, Mitel prays for the following relief:

A.     A judgment dismissing Pragmatus' Complaint against Mitel with prejudice;

B.     A judgment declaring that Mitel has not infringed, induced infringement or contributed to the infringement of the Pragmatus Patents;

C.     A judgment declaring that the Pragmatus Patents are invalid and/or unenforceable;

D.     Denying Pragmatus' prayer for relief, including its request for damages, costs, interest, attorneys' fees and any other relief;

E.     Decreeing this case an "exceptional case" within the meaning of 35 U.S.C. § 285, and awarding Mitel its costs and reasonable attorneys' fees to the extent permitted by law;

F.     Granting Mitel such other and further equitable or legal relief as the Court deems just and proper.

Dated:  April 23, 2012

FISH & RICHARDSON P.C.

By:  */s/ Lauren Murphy Pringle*
     William J. Marsden, Jr. (#2247)
     Lauren Murphy Pringle (#5375)
     222 Delaware Avenue, 17th Floor
     P.O. Box 1114
     Wilmington, DE 19801
     Telephone:  (302) 652-5070
     Facsimile:  (302) 652-0607
     Email:  pringle@fr.com

     Of Counsel:

     Linda Liu Kordziel
     FISH & RICHARDSON, P.C.
     1425 K Street, N.W., 11th Floor
     Washington, DC 20005
     Telephone:  (202) 783-5070
     Facsimile:  (202) 783-2331
     Email:  kordziel@fr.com

*Counsel for Defendants*
*MITEL NETWORKS CORPORATION and*
*MITEL (DELAWARE), INC.*

# EXHIBIT 3

# Debbie Pinard

Ottawa, Canada Area | Telecommunications

**Join LinkedIn and access Debbie Pinard's full profile.**

As a LinkedIn member, you'll join 150 million other professionals who are sharing connections, ideas, and opportunities. And it's free! You'll also be able to:

- See who you and **Debbie Pinard** know in common
- Get introduced to **Debbie Pinard**
- Contact **Debbie Pinard** directly

**View Full Profile**

## Debbie Pinard's Overview

Recommendations   **2 people have recommended Debbie**

Connections   **331 connections**

LinkedIn members in Canada - Browse members by country a b c d e f g h i j k l m n o p q r s t u v w x y z more

LinkedIn Corporation © 2011

# EXHIBIT 4



## Richard Deadman
Owner, Deadman Consulting and Computer Software Consultant

Ottawa, Canada Area | Computer Software

### Join LinkedIn and access Richard Deadman's full profile.

As a LinkedIn member, you'll join 150 million other professionals who are sharing connections, ideas, and opportunities. And it's free! You'll also be able to:

- See who you and **Richard Deadman** know in common
- Get introduced to **Richard Deadman**
- Contact **Richard Deadman** directly

[ View Full Profile ]

### Richard Deadman's Overview

| | |
|---|---|
| Current | **Owner at Deadman Consulting** |
| Past | Consultant / Team Lead / Architect at MD Financial |
| | Consultant at Deloitte |
| | Chief Architect, regional R&D Director at Sanga Research Corporation |
| | Developer, Team Lead at Sanga |
| | Consultant at IBM |
| | Team Leader at Mitel |
| | **see less** |
| Education | University of Guelph |
| | McMaster University |
| Recommendations | **2 people have recommended Richard** |
| Connections | **121 connections** |
| Websites | **Company Website** |

### Richard Deadman's Summary

Experienced enterprise Java consultant (Certified Java Architect) with experience in team building and communication skills. Several articles published in trade journals demonstrate my writing and cognitive abilities. My aim is to assist organizations in using creative techniques to solve their problems and steamline their processes.

Specialties
Enterprise computing (J2EE), distributed systems (SOAP, CORBA, RMI), telephony (JTAPI OS lead), GUI (Eclipse SWT), Policy Management (www.agilewebservices.com)

### Richard Deadman's Experience

**Owner**
**Deadman Consulting**
January 1999 – Present (13 years 8 months)

Enterprise Java consulting, including distributed systems, telephony, framework building and policy management

**Consultant / Team Lead / Architect**
**MD Financial**
Privately Held; 1001-5000 employees; Financial Services industry
2008 – 2009 (1 year)

**Consultant**
**Deloitte**
Privately Held; 10,001+ employees; Management Consulting industry
2004 – 2007 (3 years)

**Chief Architect, regional R&D Director**
**Sanga Research Corporation**
March 1997 – January 1999 (1 year 11 months)

Designed the core enterprise framework for Sanga's pre-J2EE application server, built up a large team of Software developers using Agile development techniques.

**Developer, Team Lead**
**Sanga**
1997 – 1998 (1 year)

**Consultant**
**IBM**
Public Company; 10,001+ employees; Information Technology and Services industry
1994 – 1997 (3 years)

**Team Leader**
**Mitel**
Public Company; 1001-5000 employees; Telecommunications industry
March 1991 – March 1997 (6 years 1 month)

Managed HP-UX network, developed C++ and Smalltalk telephony applications, lead an Internet Applications team and pioneered the use of Java in Mitel.

## Richard Deadman's Education

**University of Guelph**
M.Sc., Computer Science
1987 – 1991

**McMaster University**
B.Sc., Physics
1981 – 1986
*Activities and Societies:* Stanford House Matthews Hall Undergraduate Physics Club

## Richard Deadman's Additional Information

| | |
|---|---|
| Websites: | • Company Website |
| Groups and Associations: | Summit School Council |

### Contact Richard for:

- consulting offers
- job inquiries
- business deals
- getting back in touch

- new ventures
- expertise requests
- reference requests

## View Richard Deadman's full profile to...

- See who you and **Richard Deadman** know in common
- Get introduced to **Richard Deadman**
- Contact **Richard Deadman** directly

View Full Profile

---

LinkedIn members in Canada - Browse members by country a b c d e f g h i j k l m n o p q r s t u v w x y z more

LinkedIn Corporation © 2011

# EXHIBIT 5

Home > Contacts             USA



## MITEL HEADQUARTERS

| | | |
|---|---|---|
| KANATA | Mitel Networks Corporation<br>350 Legget Drive<br>Kanata ON K2K 2W7 | TEL: (613) 592-2122<br>FAX: (613) 592-4784 |

## CANADA

| | | |
|---|---|---|
| BURNABY | Mitel Networks<br>Suite 240 - 4400 Dominion Street<br>Burnaby, BC V5G 1H2 | TEL: (604) 437-9090<br>FAX: (604) 412-4306 |
| CALGARY | Mitel Networks<br>First Executive Center, Ste 2800<br>350 7th Ave. S.W.<br>Calgary, AB T2P 3N9 | TEL: (403) 258-2206<br>FAX: (403) 258-2355 |
| MONTREAL | Mitel Networks<br>1111 Boulevard Dr.-Frederik-Philips<br>Suie 210<br>St Laurent PQ H4M 2X6 | TEL: (514) 856-5588<br>FAX: (514) 856-2877 |
| TORONTO | Mitel Networks Solutions<br>135 Matheson Blvd. West<br>Mississauga ON L5R 3L1 | TEL: (905) 501-4600<br>FAX: (905) 501-4601 |
| WINNIPEG | Mitel Networks<br>201 Portage Ave., 18th Floor<br>Can West Global Place<br>Winnipeg, MB R3B 3K8. | TEL: (204) 957-1400<br>FAX: (204) 957-1218 |

## UNITED STATES

| | | |
|---|---|---|
| ARIZONA<br>Chandler | Mitel Networks<br>7300 W. Boston,<br>Chandler, AZ 85226 | TEL: (480) 961-9000<br>FAX: (480) 961-1370 |
| Tempe | Mitel Networks<br>1016 West Geneva Drive<br>Tempe, AZ 85282 | TEL: (480) 858-9600<br>FAX: (480) 894-4012 |
| CALIFORNIA<br>Emeryville | Mitel Networks<br>6475 Christie Ave., Ste 325,<br>Emeryville, CA 94608 | TEL: (510) 450-9777<br>FAX: (510) 450-7593 |
| Irvine | Mitel Networks<br><br>18301 Von Karman Avenue, Ste 900<br>Irvine, CA 92612 | |
| COLORADO<br>Denver | Mitel Networks<br>99 Inverness Drive East, Ste 100,<br>Englewood, CO 80112 | TEL: (303) 790-7799<br>FAX: (303) 799-9400 |
| FLORIDA<br>Boca Raton | Mitel Networks<br>750 Park of Commerce Blvd, Suite 130,<br>Boca Raton, Florida 33431 | TEL: (954) 427-8787<br>FAX: (954) 428-5577 |
| Tampa | Mitel Networks<br>8010 Woodland Center Blvd. Ste 120,<br>Tampa, FL 33614 | TEL: (813) 884-1010<br>FAX: (813) 880-2911 |
| GEORGIA<br>Atlanta | Mitel Networks Inc.<br>Southern Region - Service Ctr.<br>5 Concourse Parkway<br>Suite 1950<br>Atlanta ,GA 30328 | TEL: (770) 970-9100<br>FAX: (770) 956-9625 |
| ILLINOIS<br>Chicago | Mitel Networks Inc.<br>3 First National Plaza<br>Floor 20<br>70 W Madison | TEL: (312) 479-9000<br>FAX: (312) 479-9002 |

8/2/12                                   Contacts

|  |  |  |
|---|---|---|
|  | 70 W. Madison<br>Chicago, IL 60602 |  |
| KANSAS<br>Lenexa | Mitel Networks<br>16201 West 95th St. Ste 270<br>Lenexa, KS 66215 | TEL: (913) 752-9100<br>FAX: (913) 888-6647 |
| MARYLAND<br>Beltsville (Wash.<br>D.C.) | Mitel Networks<br>6600 Virgina Manor Rd.<br>Beltsville, MD 20705 | TEL: (301) 419-2727<br>FAX: (301) 210-1148 |
| MISSOURI<br>St Louis | Mitel Networks<br>17280 N. Outer 40 Road, Ste 205,<br>Chesterfield, MO 63005 | TEL: (314) 653-3500<br>FAX: (314) 426-4099 |
| NEW JERSEY<br>Murray Hill/New<br>Providence | Mitel Networks<br>430 Mountain Ave. Ste 405<br>Murray Hill, NJ 07974 | TEL: (212) 798-1848<br>FAX: (908) 464-7422 |
| NEVADA<br>Reno | Mitel Networks<br>885 Trademark Dr.<br>Reno, NV 89521 | TEL: (775) 954-1288<br>FAX: (800) 814-5860 |
| NEW YORK<br>New York | Mitel Networks Inc.<br>3 Park Avenue, 31st Floor<br>New York, NY 10016 | TEL: (212) 683-4455<br>FAX: (212) 779-2667 |
| OHIO<br>West Chester | Mitel Networks<br>9100 West Chester Towne Center Dr. Ste. 325<br><br>West Chester, OH 45069 | TEL: (513) 733-8000<br>FAX: (513) 554-2287 |
| SOUTH DAKOTA<br>Sioux Falls | Mitel Networks<br>3809 S. Western Ave.<br>Sioux Falls, S.D. 57105 | TEL: (605) 965-9500<br>FAX: (605) 965-9535 |
| TEXAS<br>Austin | Mitel Networks<br>7000 North Mopac, Suite 348<br>Austin, TX 78731 | TEL: (512) 835-4600<br>FAX: (512) 835-0345 |
| Carrollton | Mitel Networks<br>2312 East Trinity Mills Ste 100,<br>Carrollton, TX 75006 | TEL: (469) 574-8000<br>FAX: (469) 574-8888 |
| Houston | Mitel Networks<br>10603 W Sam Houston PKWY, Suite 400,<br>Houston, TX, 77064 | TEL: (713) 844-0800<br>FAX: (713) 867-7640 |
| San Antonio | Mitel Networks<br>1218 Arion Parkway Ste 102,<br>San Antonio, TX 78247 | TEL: (210) 655-2000<br>FAX: (210) 655-2167 |
| WASHINGTON<br>Tukwila | Mitel Networks<br>14240 Interurban Ave. So. Ste 170,<br>Seattle, WA 98168 | TEL: (206) 812-7000<br>FAX: (206) 812-7070 |

## CALA

|  |  |  |
|---|---|---|
| BARBADOS | Mitel Networks Int. Overseas<br>Chemic Business Ctr.<br>Spring Garden Highway,<br>St. Michael Barbados | TEL: 246-426-2084<br>FAX: 246-426-2087 |
| MEXICO | Mitel Networks<br>Bosque de Alisos 47-A Int. A2-02<br>Oficina 106<br>Bosques de las Lomas, Delegación Cuajimalpa<br>Mexico D.F., C.P.05120 | TEL: +011-5255 5955-5955 |
| PUERTO RICO | Mitel Networks Inc.<br>Metro Office Park<br>14 Street 2 Suite 2002<br>Guaynabo, PR 00968 | TEL: (787) 625-6133<br>FAX: (787) 788-3675 |

## EMEA

|  |  |  |
|---|---|---|
| BELGIUM &<br>LUXEMBURG | Mitel<br>Generaal De Wittelaan 9 / 8<br>2800 Mechelen<br>Belgium | TEL: +32 (0)15 284 870<br>FAX: +32 (0)15 284 879 |
| FRANCE | Mitel Networks SARL | TEL: +33 134970000 |

| | | |
|---|---|---|
| FRANCE | Mitel Networks SARL | TEL: +33-161370090 |
| | Le Quebec | FAX: +33-161370099 |
| | | |
| | 11 Rue Jacques Cartier | |
| | F-78280 Guyancourt | |
| | France | |
| GERMANY | Mitel Networks Germany | TEL: +49-2115206480 |
| | Prinzenallee 15 | FAX: +49-21152064899 |
| | D-40549 Dusseldorf | |
| | Deutschland | |
| GREAT BRITAIN | Mitel Networks Ltd. | TEL: +44-1291 430000 |
| Caldicot | Castlegate Business Park | FAX: +44-1291 430400 |
| | Caldicot, Monmouthshire, Wales | |
| | NP26 5YR U K | |
| London | Mitel Networks Ltd | TEL: +44-1291 436067 |
| | 10th Floor | FAX: +44-2072565072 |
| | 155 Bishopsgate | |
| | London | |
| | England | |
| | EC2M 3TQ | |
| ITALY | Mitel Networks Italia Srl | TEL: +39-0258215282 |
| | Centro Direzionale Milano Oltre | FAX: +39-0221302333 |
| | Palazzo Leonardo Via Cassanese | |
| | 20090 Segrate, Milano | |
| | Italy | |
| NETHERLANDS | Mitel | TEL: +31 (0)30 8 500 030 |
| | Van Deventerlaan 30-40 | FAX: +31 (0)30 8 500 031 |
| | 3528 AE | |
| | Utrecht, The Netherlands | |
| SAUDI ARABIA | Mitel Networks Limited | TEL: +966 1 4701740 |
| | PO Box 60712, Riyadh 11555, | FAX: +966 14633297 |
| | Kingdom of Saudi Arabia | |
| SINGAPORE | Mitel Networks | TEL: +65-621-60472 |
| | 120 Lower Delta Road | FAX: +65-621-60492 |
| | #12-01 Cendex Center | |
| | Singapore 169028 | |
| SPAIN & | Mitel | TEL: +34 914 547 275 |
| PORTUGAL | Carrera de San Jerónimo, 15 | FAX: +34 914 547 001 |
| | Planta 2 | |
| | 28014 Madrid | |
| | Spain | |
| SOUTH AFRICA | Mitel South Africa | TEL: +27 11 275 2880 |
| | First Floor 21A | FAX: +27 11 275 2899 |
| | The Woodlands | |
| | | |
| | 144 Western Service Road | |
| | Woodmead | |
| | Sandton | |
| UNITED ARAB | Mitel Networks Limited | TEL: +971-4391-6721 |
| EMIRATES | Office 122/123, Building # 9 | FAX: +971-4391-5288 |
| | Dubai Internet City - DIC | |
| | PO Box 500142, Dubai | |
| | United Arab Emirates | |

## APAC

| | | |
|---|---|---|
| AUSTRALIA | Mitel Networks Australia | TEL: 61-290239500 |
| | Level 1, 219-223 Castlereagh Street | FAX: 61-290239501 |
| | Sydney, NSW2000 | |
| | Australia | |
| CHINA | Mitel Networks Asia Pacific Ltd. China | TEL: +86-10-6581-4600/4601 |
| | Rep Office Room 335, 3/Fl., Tower A, | FAX: +86-10-6581-4605 |
| | Grand Pacific Building, | |
| | No. 8 Guang Hua Lu, | |

8/2/12                                                  Contacts

|  | Chaoyang District, Bejing 100026, P.R. China | |
| Hong Kong | Mitel Networks Asia-Pacific | TEL: 852 2508 9780 |
|  | Room 2002 20 FL., 88 Hing Fat St. | FAX: 852 2508 9232 |
|  | Causeway Bay, Hong Kong | |
|  | China | |
| India | Mitel India | Sales T: + 91 124 4198906 |
|  | TaraSpan Solutions Pvt. Ltd. | Service T: +91 124 4198999 |
|  | 326,PHASE –II,UDYOG VIHAR, | Sales E: |
|  | GURGAON – 122 016, | mitelsales@taraspan.co.in |
|  | HARYANA –INDIA | Service E: |
|  |  | techsupport@taraspan.co.in |

# EXHIBIT 6



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title
## NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.

**Total Assignments: 10**

**Patent #:** 5940834          **Issue Dt:** 08/17/1999          **Application #:** 08816270          **Filing Dt:** 03/13/1997

**Inventors:** DEBBIE PINARD, RICHARD DEADMAN

**Title:** AUTOMATIC WEB PAGE GENERATOR

## Assignment: 1

**Reel/Frame:** 008507/0921          **Recorded:** 05/15/1997          **Pages:** 2

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors:** PINARD, DEBORAH          **Exec Dt:** 02/28/1997

          DEADMAN, RICHARD          **Exec Dt:** 02/28/1997

**Assignee:** MITEL CORPORATION
          P.O. BOX 13089
          350 LEGGET DRIVE
          KANATA ONTARIO K2K 1X3, CANADA

**Correspondent:** SCHWEGMAN, LUNDBERG, WOESSNER, ET AL
          ANN S. VIKSNINS
          P.O. BOX 2938
          MINNEAPOLIS, MN 55402

## Assignment: 2

**Reel/Frame:** 009114/0489          **Recorded:** 03/31/1998          **Pages:** 48

**Conveyance:** GRANT OF PATENT SECURITY INTEREST

**Assignor:** MITEL CORPORATION, A CORP. OF CANADA          **Exec Dt:** 02/12/1998

**Assignee:** CANADIAN IMPERIAL BANK OF COMMERCE, AS SECURED PARTY
          COMMERCE COURT WEST
          199 BAY STREET
          TORONTO, ONTARIO M5L 1A2, CANADA

**Correspondent:** O'MELVENY & MYERS LLP
          YOSHIMI IWAMOTO
          LEGAL ASSISTANT
          153 E. 53RD STREET
          NEW YORK, NEW YORK 10022

## Assignment: 3

**Reel/Frame:** 011871/0001          **Recorded:** 05/11/2001          **Pages:** 44

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** MITEL CORPORATION          **Exec Dt:** 02/15/2001

**Assignee:** MITEL KNOWLEDGE CORPORATION
          350 LEGGET DRIVE
          KANATA, CANADA K2K 2

**Correspondent:** MCCARTHY TETRAULT (MONTREAL OFFICE)
          LE WINDSOR
          1170 PEEL STREET
          MONTREAL, QUEBEC H3B 4S8

## Assignment: 4

8/2/12                          USPTO Assignments on the Web

**Reel/Frame:** 011590/0406          **Recorded:** 03/07/2001          **Pages:** 16

**Conveyance:** RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).
**Assignor:** CANADIAN IMPERIAL BANK OF COMMERCE          **Exec Dt:** 02/16/2001
**Assignees:** MITEL CORPORATION
              400 MARCH ROAD
              KANATA ONTARIO, CANADA K2K 3
              MITEL SEMICONDUCTOR AMERICAS, INC., A DELAWARE CORPORATION
              C/O MITEL CORPORAION
              400 MARCH ROAD
              KANATA ONTARIO, CANADA K2K 3
              MITEL, INC., A DELAWARE CORPORATION
              C/O MITEL CORPORATION
              400 MARCH ROAD
              KANATA ONTARIO, CANADA K2K 3
              MITEL SEMICONDUCTOR, INC., A DELAWARE CORPORATION
              C/O MITEL CORPORATION
              400 MARCH ROAD
              KANATA ONTARIO, CANADA K2K 3
              MITEL SEMICONDUCTOR, LIMITED
              C/O MITEL CORPORATION
              400 MARCH ROAD
              KANATA ONTARIO, CANADA K2K 3
              MITEL TELCOM LIMITED CORPORATION
              C/O MITEL CORPORATION
              400 MARCH ROAD
              KANATA ONTARIO, CANADA K2K 3
**Correspondent:** RUBINBAUM LLP
                  MARTIN P. MICHAEL, ESQ.
                  30 ROCKEFELLER PLAZA
                  NEW YORK, NEW YORK 10112

## Assignment: 5

**Reel/Frame:** 016345/0283          **Recorded:** 07/14/2005          **Pages:** 27
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** MITEL KNOWLEDGE CORPORATION          **Exec Dt:** 11/01/2002
**Assignee:** MITEL NETWORKS CORPORATION
              350 LEGGETT DRIVE
              OTTAWA, ON, CANADA K2K 2W7
**Correspondent:** PERRY + PARTNERS
                  1300 YONGE STREET
                  SUITE 500
                  TORONTO, ON, M4T 1X3 CANADA

## Assignment: 6

**Reel/Frame:** 016345/0236          **Recorded:** 07/18/2005          **Pages:** 39
**Conveyance:** SECURITY AGREEMENT
**Assignor:** HIGHBRIDGE INTERNATIONAL LLC          **Exec Dt:** 04/27/2005
**Assignee:** MITEL NETWORKS CORPORATION
              350 LEGGET DRIVE
              OTTAWA, ON, CANADA K2K 2W7
**Correspondent:** PERRY + PARTNERS
                  1300 YONGE STREET
                  SUITE 500
                  TORONTO, ON, M4T 1X3 CANADA

## Assignment: 7

**Reel/Frame:** 016891/0959          **Recorded:** 07/25/2005          **Pages:** 35

**Conveyance:** SECURITY AGREEMENT

**Assignor:** <u>MITEL NETWORKS CORPORATION, A CORPORATION OF CANADA</u>      **Exec Dt:** 04/27/2005

**Assignee:** <u>BNY TRUST COMPANY OF CANADA, TRUST COMPANY OF CANADA</u>
4 KING STREET WEST, SUITE 1101
TORONTO, ONTARIO, CANADA M5H 1B6

**Correspondent:** M. OREN EPSTEIN, ESQ.
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NY 10036

## Assignment: 8

**Reel/Frame:** <u>019817/0847</u>      **Recorded:** 09/13/2007      **Pages:** 34

**Conveyance:** SECURITY AGREEMENT

**Assignor:** <u>MITEL NETWORKS CORPORATION</u>      **Exec Dt:** 08/16/2007

**Assignee:** <u>MORGAN STANLEY & CO. INCORPORATED</u>
1585 BROADWAY
NEW YORK, NEW YORK 10036

**Correspondent:** OSLER, HOSKIN & HARCOURT LLP
1000 RUE DE LA GAUCHETIERE OUEST
SUITE 2100
MONTREAL, H3B 4W5 CANADA

## Assignment: 9

**Reel/Frame:** <u>019817/0881</u>      **Recorded:** 09/13/2007      **Pages:** 34

**Conveyance:** SECURITY AGREEMENT

**Assignor:** <u>MITEL NETWORKS CORPORATION</u>      **Exec Dt:** 08/16/2007

**Assignee:** <u>MORGAN STANLEY & CO. INCORPORATED</u>
1585 BROADWAY
NEW YORK, NEW YORK 10036

**Correspondent:** OSLER, HOSKIN & HARCOURT LLP
1000 RUE DE LA GAUCHETIERE OUEST
SUITE 2100
MONTREAL, H3B 4W5 CANADA

## Assignment: 10

**Reel/Frame:** <u>021794/0510</u>      **Recorded:** 10/21/2008      **Pages:** 21

**Conveyance:** RELEASE & DISCHARGE OF SECURITY INTEREST

**Assignor:** <u>HIGHBRIDGE INTERNATIONAL LLC/BNY TRUST COMPANY OF CANADA</u>      **Exec Dt:** 03/04/2008

**Assignee:** <u>MITEL NETWORKS CORPORATION</u>

350 LEGGET DRIVE
OTTAWA, ONTARIO, CANADA K2K 2W7

**Correspondent:** MICHELLE WHITTINGTON
7300 W. BOSTON STREET
CHANDLER, AZ 85226

Search Results as of: 08/02/2012 02:48 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# EXHIBIT 7

8/2/12                                    USPTO Assignments on the Web

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title
## NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.

### Total Assignments: 7

| | | |
|---|---|---|
| **Patent #:** 7292685 | **Issue Dt:** 11/06/2007 | **Application #:** 10310558 | **Filing Dt:** 12/05/2002 |

**Publication #:** 20030108173     **Pub Dt:** 06/12/2003

**Inventor:** Thomas Gray

**Title:** PRO-ACTIVE FEATURES FOR TELEPHONY

### Assignment: 1
**Reel/Frame:** 013557/0691     **Recorded:** 12/05/2002     **Pages:** 3

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** GRAY, THOMAS     **Exec Dt:** 03/26/2001

**Assignee:** MITEL KNOWLEDGE CORPORATION
350 LEGGET DRIVE
KANATA, ONTARIO, K2K 2W7, CANADA

**Correspondent:** F. CHAU & ASSOCIATES, LLP
FRANK CHAU, ESQ.
1900 HEMPSTEAD TURNPIKE, SUITE 501
EAST MEADOW, NY 11554

### Assignment: 2
**Reel/Frame:** 016164/0677     **Recorded:** 06/21/2005     **Pages:** 24

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** MITEL KNOWLEDGE CORPORATION     **Exec Dt:** 11/01/2002

**Assignee:** MITEL NETWORKS CORPORATION
350 LEGGET DRIVE
OTTAWA, ON, CANADA K2K 2W7

**Correspondent:** PERRY + PARTNERS
1300 YONGE STREET, SUITE 500
TORONTO, ON, M4T 1X3 CANADA

### Assignment: 3
**Reel/Frame:** 016345/0236     **Recorded:** 07/18/2005     **Pages:** 39

**Conveyance:** SECURITY AGREEMENT

**Assignor:** HIGHBRIDGE INTERNATIONAL LLC     **Exec Dt:** 04/27/2005

**Assignee:** MITEL NETWORKS CORPORATION
350 LEGGET DRIVE
OTTAWA, ON, CANADA K2K 2W7

**Correspondent:** PERRY + PARTNERS
1300 YONGE STREET
SUITE 500
TORONTO, ON, M4T 1X3 CANADA

### Assignment: 4
**Reel/Frame:** 016891/0959     **Recorded:** 07/25/2005     **Pages:** 35

**Conveyance:** SECURITY AGREEMENT

**Assignor:** MITEL NETWORKS CORPORATION, A CORPORATION OF CANADA     **Exec Dt:** 04/27/2005

**Assignee:** BNY TRUST COMPANY OF CANADA, TRUST COMPANY OF CANADA
4 KING STREET WEST, SUITE 1101
TORONTO, ONTARIO, CANADA M5H 1B6

**Correspondent:** M. OREN EPSTEIN, ESQ.
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NY 10036

## Assignment: 5

| | | |
|---|---|---|
| **Reel/Frame:** 019817/0847 | **Recorded:** 09/13/2007 | **Pages:** 34 |

**Conveyance:** SECURITY AGREEMENT

| | |
|---|---|
| **Assignor:** MITEL NETWORKS CORPORATION | **Exec Dt:** 08/16/2007 |

**Assignee:** MORGAN STANLEY & CO. INCORPORATED
1585 BROADWAY
NEW YORK, NEW YORK 10036

**Correspondent:** OSLER, HOSKIN & HARCOURT LLP
1000 RUE DE LA GAUCHETIERE OUEST
SUITE 2100
MONTREAL, H3B 4W5 CANADA

## Assignment: 6

| | | |
|---|---|---|
| **Reel/Frame:** 019817/0881 | **Recorded:** 09/13/2007 | **Pages:** 34 |

**Conveyance:** SECURITY AGREEMENT

| | |
|---|---|
| **Assignor:** MITEL NETWORKS CORPORATION | **Exec Dt:** 08/16/2007 |

**Assignee:** MORGAN STANLEY & CO. INCORPORATED
1585 BROADWAY
NEW YORK, NEW YORK 10036

**Correspondent:** OSLER, HOSKIN & HARCOURT LLP
1000 RUE DE LA GAUCHETIERE OUEST
SUITE 2100
MONTREAL, H3B 4W5 CANADA

## Assignment: 7

| | | |
|---|---|---|
| **Reel/Frame:** 021794/0510 | **Recorded:** 10/21/2008 | **Pages:** 21 |

**Conveyance:** RELEASE & DISCHARGE OF SECURITY INTEREST

| | |
|---|---|
| **Assignor:** HIGHBRIDGE INTERNATIONAL LLC/BNY TRUST COMPANY OF CANADA | **Exec Dt:** 03/04/2008 |

**Assignee:** MITEL NETWORKS CORPORATION
350 LEGGET DRIVE
OTTAWA, ONTARIO, CANADA K2K 2W7

**Correspondent:** MICHELLE WHITTINGTON
7300 W. BOSTON STREET
CHANDLER, AZ 85226

Search Results as of: 08/02/2012 02:50 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.2
Web interface last modified: July 10, 2012 v.2.3.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

assignments.uspto.gov/assignments/q?db=pat&qt=pat&reel=&frame=&pat=7292685&pub=&asnr=&asn...                                    2/2

# EXHIBIT 8

## Table C.
## U.S. District Courts—Civil Cases Commenced, Terminated, and Pending
## During the 12-Month Periods Ending September 30, 2010 and 2011

| | Circuit | Filings | | | Terminations | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2010 | 2011 | Percent Change [1] | 2010 | 2011 | Percent Change [1] | 2010 [2] | 2011 | Percent Change [1] |
| | TOTAL | 282,895 | 289,252 | 2.2 | 309,759 | 303,158 | -2.1 | 284,601 | 270,839 | -4.8 |
| DC | | 2,329 | 2,492 | 7.0 | 2,502 | 2,405 | -3.9 | 2,612 | 2,699 | 3.3 |
| | 1ST | 6,385 | 6,162 | -3.5 | 5,618 | 6,038 | 7.5 | 7,924 | 8,048 | 1.6 |
| ME | | 577 | 496 | -14.0 | 591 | 526 | -11.0 | 395 | 365 | -7.6 |
| MA | | 2,906 | 2,968 | 2.1 | 2,683 | 3,002 | 11.9 | 3,020 | 2,986 | -1.1 |
| NH | | 547 | 632 | 15.5 | 450 | 526 | 16.9 | 464 | 570 | 22.8 |
| RI | | 1,110 | 764 | -31.2 | 644 | 772 | 19.9 | 2,619 | 2,611 | -0.3 |
| PR | | 1,245 | 1,302 | 4.6 | 1,250 | 1,212 | -3.0 | 1,426 | 1,516 | 6.3 |
| | 2ND | 22,605 | 21,896 | -3.1 | 23,080 | 30,661 | 32.8 | 38,045 | 29,281 | -23.0 |
| CT | | 2,252 | 2,109 | -6.3 | 2,115 | 2,048 | -3.2 | 2,324 | 2,386 | 2.7 |
| NY,N | | 1,571 | 1,619 | 3.1 | 1,641 | 1,550 | -5.5 | 1,973 | 2,042 | 3.5 |
| NY,E | | 6,149 | 6,490 | 5.5 | 6,271 | 6,192 | -1.3 | 7,354 | 7,652 | 4.1 |
| NY,S | | 10,465 | 9,601 | -8.3 | 10,690 | 18,695 | 74.9 | 23,669 | 14,575 | -38.4 |
| NY,W | | 1,854 | 1,729 | -6.7 | 2,065 | 1,842 | -10.8 | 2,418 | 2,305 | -4.7 |
| VT | | 314 | 348 | 10.8 | 298 | 334 | 12.1 | 307 | 321 | 4.6 |
| | 3RD | 62,365 | 61,311 | -1.7 | 93,399 | 73,331 | -21.5 | 44,378 | 32,363 | -27.1 |
| DE | | 1,156 | 1,298 | 12.3 | 985 | 1,090 | 10.7 | 1,495 | 1,703 | 13.9 |
| NJ | | 7,046 | 7,879 | 11.8 | 7,110 | 7,548 | 6.2 | 5,952 | 6,284 | 5.6 |
| PA,E | | 48,588 | 46,788 | -3.7 | 79,657 | 59,375 | -25.5 | 32,096 | 19,512 | -39.2 |
| PA,M | | 2,842 | 2,577 | -9.3 | 2,745 | 2,556 | -6.9 | 2,231 | 2,252 | 0.9 |
| PA,W | | 2,435 | 2,457 | 0.9 | 2,498 | 2,414 | -3.4 | 2,034 | 2,077 | 2.1 |
| VI | | 298 | 312 | 4.7 | 404 | 348 | -13.9 | 570 | 535 | -6.1 |
| | 4TH | 17,634 | 17,484 | -0.9 | 16,274 | 18,011 | 10.7 | 17,063 | 16,537 | -3.1 |
| MD | | 3,700 | 3,871 | 4.6 | 3,467 | 3,931 | 13.4 | 3,313 | 3,253 | -1.8 |
| NC,E | | 1,476 | 1,754 | 18.8 | 1,261 | 1,583 | 25.5 | 1,716 | 1,887 | 10.0 |
| NC,M | | 1,027 | 1,066 | 3.8 | 875 | 956 | 9.3 | 994 | 1,104 | 11.1 |
| NC,W | | 1,070 | 1,191 | 11.3 | 969 | 1,023 | 5.6 | 899 | 1,067 | 18.7 |
| SC | | 3,605 | 3,449 | -4.3 | 3,828 | 3,346 | -12.6 | 3,079 | 3,182 | 3.3 |
| VA,E | | 3,279 | 3,419 | 4.3 | 3,050 | 3,449 | 13.1 | 1,888 | 1,858 | -1.6 |
| VA,W | | 1,159 | 1,161 | 0.2 | 1,115 | 1,178 | 5.7 | 675 | 658 | -2.5 |
| WV,N | | 608 | 606 | -0.3 | 564 | 689 | 22.2 | 557 | 474 | -14.9 |
| WV,S | | 1,710 | 967 | -43.5 | 1,145 | 1,856 | 62.1 | 3,942 | 3,054 | -22.5 |

119

**Table C. (September 30, 2011—Continued)**

| Circuit | Filings 2010 | Filings 2011 | Filings Percent Change [1] | Terminations 2010 | Terminations 2011 | Terminations Percent Change [1] | Pending 2010 [2] | Pending 2011 | Pending Percent Change [1] |
|---|---|---|---|---|---|---|---|---|---|
| **5TH** | **28,838** | **28,940** | **0.4** | **32,645** | **29,767** | **-8.8** | **30,284** | **29,457** | **-2.7** |
| LA,E | 5,474 | 3,756 | -31.4 | 9,742 | 6,011 | -38.3 | 10,433 | 8,178 | -21.6 |
| LA,M | 966 | 933 | -3.4 | 917 | 959 | 4.6 | 950 | 924 | -2.7 |
| LA,W | 2,111 | 2,233 | 5.8 | 2,161 | 2,108 | -2.5 | 2,265 | 2,390 | 5.5 |
| MS,N | 863 | 926 | 7.3 | 924 | 982 | 6.3 | 913 | 857 | -6.1 |
| MS,S | 2,200 | 2,128 | -3.3 | 2,485 | 2,155 | -13.3 | 1,950 | 1,923 | -1.4 |
| TX,N | 4,597 | 5,234 | 13.9 | 4,273 | 4,633 | 8.4 | 3,438 | 4,039 | 17.5 |
| TX,E | 2,991 | 3,315 | 10.8 | 2,856 | 3,122 | 9.3 | 3,054 | 3,247 | 6.3 |
| TX,S | 6,596 | 7,192 | 9.0 | 6,208 | 6,702 | 8.0 | 5,035 | 5,525 | 9.7 |
| TX,W | 3,040 | 3,223 | 6.0 | 3,079 | 3,095 | 0.5 | 2,246 | 2,374 | 5.7 |
| **6TH** | **20,080** | **22,781** | **13.5** | **20,854** | **20,641** | **-1.0** | **21,167** | **23,439** | **10.7** |
| KY,E | 1,513 | 1,583 | 4.6 | 1,459 | 1,607 | 10.1 | 1,425 | 1,532 | 7.5 |
| KY,W | 1,436 | 1,291 | -10.1 | 1,535 | 1,437 | -6.4 | 1,499 | 1,353 | -9.7 |
| MI,E | 5,092 | 5,657 | 11.1 | 5,117 | 5,345 | 4.5 | 4,763 | 5,075 | 6.6 |
| MI,W | 1,619 | 1,929 | 19.1 | 1,607 | 1,784 | 11.0 | 1,389 | 1,534 | 10.4 |
| OH,N | 3,581 | 5,198 | 45.2 | 4,543 | 3,744 | -17.6 | 4,485 | 5,940 | 32.4 |
| OH,S | 2,655 | 2,642 | -0.5 | 2,684 | 2,707 | 0.9 | 2,750 | 2,685 | -2.4 |
| TN,E | 1,343 | 1,405 | 4.6 | 1,253 | 1,294 | 3.3 | 1,617 | 1,728 | 6.9 |
| TN,M | 1,510 | 1,574 | 4.2 | 1,383 | 1,513 | 9.4 | 1,788 | 1,849 | 3.4 |
| TN,W | 1,331 | 1,502 | 12.8 | 1,273 | 1,210 | -4.9 | 1,451 | 1,743 | 20.1 |
| **7TH** | **20,781** | **22,688** | **9.2** | **16,403** | **18,143** | **10.6** | **19,822** | **24,367** | **22.9** |
| IL,N | 8,844 | 9,417 | 6.5 | 8,117 | 9,080 | 11.9 | 8,785 | 9,122 | 3.8 |
| IL,C | 1,137 | 1,323 | 16.4 | 1,230 | 1,276 | 3.7 | 1,110 | 1,157 | 4.2 |
| IL,S | 4,864 | 5,527 | 13.6 | 1,156 | 1,661 | 43.7 | 4,722 | 8,588 | 81.9 |
| IN,N | 1,628 | 1,576 | -3.2 | 1,532 | 1,524 | -0.5 | 1,607 | 1,659 | 3.2 |
| IN,S | 2,381 | 2,565 | 7.7 | 2,418 | 2,451 | 1.4 | 2,051 | 2,165 | 5.6 |
| WI,E | 1,152 | 1,307 | 13.5 | 1,185 | 1,376 | 16.1 | 1,114 | 1,045 | -6.2 |
| WI,W | 775 | 973 | 25.5 | 765 | 775 | 1.3 | 433 | 631 | 45.7 |
| **8TH** | **16,545** | **15,086** | **-8.8** | **13,807** | **15,040** | **8.9** | **21,071** | **21,119** | **0.2** |
| AR,E | 2,660 | 2,386 | -10.3 | 1,892 | 2,049 | 8.3 | 8,647 | 8,984 | 3.9 |
| AR,W | 958 | 1,029 | 7.4 | 872 | 1,009 | 15.7 | 956 | 976 | 2.1 |
| IA,N | 529 | 531 | 0.4 | 498 | 510 | 2.4 | 466 | 487 | 4.5 |
| IA,S | 830 | 810 | -2.4 | 848 | 855 | 0.8 | 640 | 595 | -7.0 |
| MN | 5,201 | 3,872 | -25.6 | 3,943 | 4,741 | 20.2 | 4,700 | 3,831 | -18.5 |
| MO,E | 2,670 | 2,745 | 2.8 | 2,217 | 2,358 | 6.4 | 2,708 | 3,095 | 14.3 |
| MO,W | 2,369 | 2,471 | 4.3 | 2,189 | 2,281 | 4.2 | 1,763 | 1,955 | 10.9 |
| NE | 750 | 689 | -8.1 | 778 | 703 | -9.6 | 583 | 569 | -2.4 |
| ND | 220 | 223 | 1.4 | 206 | 218 | 5.8 | 204 | 209 | 2.5 |
| SD | 358 | 330 | -7.8 | 364 | 316 | -13.2 | 404 | 418 | 3.5 |

## Table C. (September 30, 2011—Continued)

| | Circuit | Filings | | | Terminations | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2010 | 2011 | Percent Change [1] | 2010 | 2011 | Percent Change [1] | 2010 [2] | 2011 | Percent Change [1] |
| | **9TH** | **44,148** | **46,373** | **5.0** | **44,047** | **46,968** | **6.6** | **40,540** | **39,947** | **-1.5** |
| AK | | 350 | 301 | -14.0 | 345 | 334 | -3.2 | 511 | 478 | -6.5 |
| AZ | | 3,756 | 3,762 | 0.2 | 3,720 | 3,936 | 5.8 | 3,054 | 2,880 | -5.7 |
| CA,N | | 6,092 | 6,591 | 8.2 | 7,310 | 7,161 | -2.0 | 6,440 | 5,870 | -8.9 |
| CA,E | | 5,842 | 5,599 | -4.2 | 5,486 | 6,247 | 13.9 | 7,166 | 6,519 | -9.0 |
| CA,C | | 13,850 | 15,257 | 10.2 | 13,575 | 15,106 | 11.3 | 10,468 | 10,619 | 1.4 |
| CA,S | | 3,132 | 3,254 | 3.9 | 3,112 | 2,907 | -6.6 | 2,368 | 2,715 | 14.7 |
| HI | | 742 | 821 | 10.6 | 642 | 750 | 16.8 | 646 | 717 | 11.0 |
| ID | | 710 | 632 | -11.0 | 671 | 636 | -5.2 | 739 | 735 | -0.5 |
| MT | | 521 | 570 | 9.4 | 610 | 565 | -7.4 | 456 | 461 | 1.1 |
| NV | | 3,091 | 3,103 | 0.4 | 2,912 | 3,004 | 3.2 | 3,149 | 3,249 | 3.2 |
| OR | | 2,332 | 2,255 | -3.3 | 2,197 | 2,383 | 8.5 | 2,431 | 2,303 | -5.3 |
| WA,E | | 744 | 862 | 15.9 | 647 | 761 | 17.6 | 686 | 787 | 14.7 |
| WA,W | | 2,927 | 3,296 | 12.6 | 2,770 | 3,128 | 12.9 | 2,306 | 2,474 | 7.3 |
| GUAM | | 28 | 43 | 53.6 | 24 | 30 | 25.0 | 51 | 64 | 25.5 |
| NMI | | 31 | 27 | -12.9 | 26 | 20 | -23.1 | 69 | 76 | 10.1 |
| | **10TH** | **10,485** | **10,871** | **3.7** | **10,466** | **10,793** | **3.1** | **9,296** | **9,374** | **0.8** |
| CO | | 3,168 | 3,428 | 8.2 | 3,213 | 3,375 | 5.0 | 2,260 | 2,313 | 2.3 |
| KS | | 1,595 | 1,535 | -3.8 | 1,637 | 1,585 | -3.2 | 1,456 | 1,406 | -3.4 |
| NM | | 1,219 | 1,233 | 1.1 | 1,272 | 1,227 | -3.5 | 1,105 | 1,111 | 0.5 |
| OK,N | | 828 | 846 | 2.2 | 833 | 824 | -1.1 | 883 | 905 | 2.5 |
| OK,E | | 501 | 494 | -1.4 | 496 | 485 | -2.2 | 429 | 438 | 2.1 |
| OK,W | | 1,459 | 1,513 | 3.7 | 1,437 | 1,519 | 5.7 | 1,213 | 1,207 | -0.5 |
| UT | | 1,421 | 1,422 | 0.1 | 1,270 | 1,431 | 12.7 | 1,664 | 1,655 | -0.5 |
| WY | | 294 | 400 | 36.1 | 308 | 347 | 12.7 | 286 | 339 | 18.5 |
| | **11TH** | **30,700** | **33,168** | **8.0** | **30,664** | **31,360** | **2.3** | **32,399** | **34,208** | **5.6** |
| AL,N | | 3,409 | 4,603 | 35.0 | 3,613 | 2,585 | -28.5 | 2,985 | 5,003 | 67.6 |
| AL,M | | 1,130 | 1,128 | -0.2 | 1,084 | 1,069 | -1.4 | 1,028 | 1,087 | 5.7 |
| AL,S | | 751 | 777 | 3.5 | 785 | 735 | -6.4 | 635 | 677 | 6.6 |
| FL,N | | 1,689 | 1,946 | 15.2 | 1,652 | 1,710 | 3.5 | 1,509 | 1,745 | 15.6 |
| FL,M | | 7,619 | 7,996 | 4.9 | 7,927 | 8,659 | 9.2 | 16,274 | 15,611 | -4.1 |
| FL,S | | 8,996 | 8,793 | -2.3 | 8,794 | 9,014 | 2.5 | 4,764 | 4,544 | -4.6 |
| GA,N | | 4,957 | 5,465 | 10.2 | 4,632 | 5,234 | 13.0 | 3,564 | 3,795 | 6.5 |
| GA,M | | 1,079 | 1,349 | 25.0 | 1,176 | 1,301 | 10.6 | 921 | 969 | 5.2 |
| GA,S | | 1,070 | 1,111 | 3.8 | 1,001 | 1,053 | 5.2 | 719 | 777 | 8.1 |

121

NOTE:  Includes cases filed in previous years as consolidated cases that thereafter were severed into individual cases.
[1] Percent change not computed when fewer than 10 cases reported for the previous period.
[2] Revised.

**Table C-5.**
**U.S. District Courts—Median Time Intervals From Filing to Disposition of Civil Cases**
**Terminated, by District and Method of Disposition,**
**During the 12-Month Period Ending September 30, 2011**

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| **TOTAL** | **245,236** | **7.3** | **42,748** | **5.1** | **173,367** | **6.5** | **26,244** | **14.3** | **2,877** | **23.4** |
| DC | 2,024 | 7.2 | 1,003 | 5.0 | 988 | 8.3 | 14 | 22.0 | 19 | 37.6 |
| **1ST** | **5,279** | **9.9** | **889** | **4.2** | **2,718** | **8.6** | **1,573** | **16.8** | **99** | **26.4** |
| ME | 471 | 7.5 | 171 | 5.2 | 277 | 10.2 | 13 | 19.4 | 10 | 21.2 |
| MA | 2,601 | 9.0 | 409 | 3.5 | 1,128 | 7.0 | 1,008 | 14.7 | 56 | 28.2 |
| NH | 431 | 7.9 | 74 | 3.0 | 233 | 6.5 | 117 | 14.1 | 7 | . |
| RI | 707 | 17.6 | 57 | 9.4 | 316 | 9.8 | 325 | 77.8 | 9 | . |
| PR | 1,069 | 11.3 | 178 | 6.3 | 764 | 11.3 | 110 | 18.7 | 17 | 26.0 |
| **2ND** | **27,165** | **17.9** | **4,019** | **5.6** | **19,828** | **29.3** | **3,012** | **13.9** | **306** | **32.0** |
| CT | 1,822 | 8.7 | 911 | 6.7 | 800 | 10.3 | 65 | 16.5 | 46 | 35.6 |
| NY,N | 1,066 | 10.8 | 284 | 4.6 | 396 | 9.5 | 358 | 17.2 | 28 | 33.9 |
| NY,E | 5,386 | 8.8 | 1,191 | 6.1 | 2,914 | 7.9 | 1,180 | 13.8 | 101 | 31.3 |
| NY,S | 17,354 | 38.5 | 1,348 | 5.1 | 14,546 | 44.3 | 1,345 | 12.4 | 115 | 29.5 |
| NY,W | 1,238 | 9.2 | 254 | 3.7 | 921 | 9.8 | 54 | 35.2 | 9 | . |
| VT | 299 | 9.0 | 31 | 1.4 | 251 | 9.2 | 10 | 21.3 | 7 | . |
| **3RD** | **68,397** | **3.3** | **2,215** | **3.5** | **62,397** | **3.0** | **3,506** | **11.6** | **279** | **23.4** |
| DE | 827 | 9.0 | 164 | 4.3 | 610 | 9.3 | 14 | 24.6 | 39 | 29.4 |
| NJ | 5,949 | 6.0 | 508 | 3.7 | 3,311 | 3.4 | 2,065 | 12.9 | 65 | 36.0 |
| PA,E | 57,953 | 2.9 | 589 | 2.9 | 56,025 | 2.9 | 1,233 | 9.6 | 106 | 17.6 |
| PA,M | 1,567 | 6.8 | 533 | 3.9 | 946 | 8.0 | 61 | 16.8 | 27 | 24.8 |
| PA,W | 1,796 | 7.0 | 281 | 3.4 | 1,468 | 7.8 | 23 | 23.6 | 24 | 27.6 |
| VI | 305 | 14.8 | 140 | 12.1 | 37 | 13.6 | 110 | 17.9 | 18 | 61.2 |
| **4TH** | **12,872** | **8.3** | **2,636** | **5.5** | **8,705** | **8.4** | **1,357** | **11.0** | **174** | **18.4** |
| MD | 3,069 | 7.8 | 556 | 6.2 | 1,875 | 6.1 | 604 | 21.6 | 34 | 27.5 |
| NC,E | 971 | 8.6 | 256 | 5.9 | 698 | 9.2 | 12 | 16.7 | 5 | . |
| NC,M | 618 | 9.8 | 383 | 8.5 | 201 | 13.8 | 26 | 17.8 | 8 | . |
| NC,W | 798 | 7.9 | 228 | 4.9 | 521 | 8.8 | 38 | 13.1 | 11 | 17.3 |
| SC | 2,182 | 8.7 | 203 | 2.9 | 1,840 | 9.2 | 110 | 11.7 | 29 | 22.4 |
| VA,E | 2,496 | 5.1 | 447 | 2.2 | 1,504 | 4.6 | 493 | 7.9 | 52 | 12.3 |
| VA,W | 676 | 8.8 | 135 | 5.3 | 487 | 9.2 | 35 | 7.8 | 19 | 13.1 |
| WV,N | 449 | 9.3 | 239 | 7.6 | 197 | 10.7 | 9 | . | 4 | . |
| WV,S | 1,613 | 16.0 | 189 | 16.5 | 1,382 | 16.0 | 30 | 19.1 | 12 | 20.3 |

156

## Table C-5. (September 30, 2011—Continued)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
|---|---|---|---|---|---|---|---|---|---|---|
| **5TH** | **21,497** | **10.2** | **4,867** | **5.7** | **12,129** | **8.6** | **4,147** | **45.6** | **354** | **22.2** |
| LA,E | 5,455 | 22.7 | 76 | 1.5 | 1,973 | 8.7 | 3,342 | 50.5 | 64 | 18.1 |
| LA,M | 636 | 11.6 | 313 | 8.7 | 285 | 13.4 | 25 | 24.0 | 13 | 35.8 |
| LA,W | 1,349 | 13.8 | 423 | 10.3 | 838 | 14.2 | 51 | 21.4 | 37 | 25.1 |
| MS,N | 771 | 12.5 | 188 | 6.9 | 416 | 13.0 | 151 | 14.3 | 16 | 24.3 |
| MS,S | 1,605 | 9.5 | 735 | 5.0 | 796 | 11.4 | 36 | 18.2 | 38 | 20.4 |
| TX,N | 2,895 | 6.6 | 459 | 5.4 | 2,391 | 6.7 | 4 | - | 41 | 23.0 |
| TX,E | 2,087 | 8.6 | 515 | 6.9 | 1,484 | 8.7 | 49 | 23.9 | 39 | 26.1 |
| TX,S | 4,635 | 6.8 | 1,486 | 4.7 | 2,649 | 7.0 | 426 | 10.8 | 74 | 20.0 |
| TX,W | 2,064 | 7.4 | 672 | 5.8 | 1,297 | 7.6 | 63 | 15.0 | 32 | 16.8 |
| **6TH** | **15,589** | **9.5** | **4,116** | **5.0** | **7,508** | **9.7** | **3,731** | **12.9** | **234** | **24.1** |
| KY,E | 1,315 | 8.9 | 178 | 5.4 | 1,083 | 8.8 | 38 | 19.7 | 16 | 26.8 |
| KY,W | 1,187 | 10.0 | 479 | 8.3 | 563 | 8.8 | 130 | 20.1 | 15 | 25.7 |
| MI,E | 3,537 | 8.4 | 774 | 4.0 | 1,266 | 5.8 | 1,443 | 12.4 | 54 | 20.5 |
| MI,W | 996 | 6.2 | 189 | 1.7 | 566 | 6.0 | 232 | 11.3 | 9 | - |
| OH,N | 3,155 | 10.5 | 808 | 3.7 | 1,502 | 21.4 | 803 | 9.5 | 42 | 21.6 |
| OH,S | 2,244 | 10.3 | 826 | 5.8 | 768 | 10.8 | 616 | 14.2 | 34 | 25.4 |
| TN,E | 1,050 | 12.2 | 178 | 3.5 | 408 | 10.7 | 443 | 16.1 | 21 | 26.7 |
| TN,M | 1,163 | 9.7 | 225 | 9.9 | 914 | 9.5 | 5 | - | 19 | 23.0 |
| TN,W | 942 | 11.5 | 459 | 8.2 | 438 | 12.8 | 21 | 22.4 | 24 | 30.8 |
| **7TH** | **14,445** | **7.5** | **4,281** | **5.4** | **7,714** | **6.5** | **2,208** | **13.2** | **242** | **27.3** |
| IL,N | 7,916 | 6.6 | 2,287 | 5.2 | 4,713 | 5.8 | 771 | 13.5 | 145 | 27.1 |
| IL,C | 706 | 8.8 | 305 | 8.0 | 378 | 8.8 | 9 | - | 14 | 34.8 |
| IL,S | 1,251 | 7.6 | 623 | 7.4 | 598 | 7.7 | 16 | 27.5 | 14 | 22.7 |
| IN,N | 1,164 | 11.0 | 266 | 4.6 | 363 | 9.4 | 517 | 15.0 | 18 | 31.6 |
| IN,S | 1,847 | 9.3 | 435 | 5.2 | 789 | 8.2 | 601 | 12.3 | 22 | 31.0 |
| WI,E | 1,035 | 6.9 | 197 | 3.2 | 746 | 7.1 | 79 | 21.8 | 13 | 29.3 |
| WI,W | 526 | 5.1 | 168 | 2.6 | 127 | 4.2 | 215 | 9.7 | 16 | 15.0 |
| **8TH** | **11,876** | **9.6** | **4,875** | **6.8** | **5,749** | **10.3** | **1,058** | **13.6** | **194** | **22.0** |
| AR,E | 1,285 | 12.7 | 371 | 11.8 | 874 | 13.0 | 8 | - | 32 | 22.3 |
| AR,W | 762 | 12.1 | 52 | 7.8 | 695 | 12.2 | 0 | - | 15 | 15.9 |
| IA,N | 383 | 9.0 | 82 | 11.0 | 292 | 8.0 | 1 | - | 8 | - |
| IA,S | 551 | 9.6 | 126 | 4.6 | 271 | 7.7 | 132 | 14.9 | 22 | 27.6 |
| MN | 4,428 | 8.5 | 2,612 | 6.6 | 909 | 6.5 | 875 | 13.1 | 32 | 22.7 |
| MO,E | 1,777 | 7.9 | 765 | 5.5 | 977 | 9.5 | 1 | - | 34 | 21.7 |
| MO,W | 1,763 | 8.5 | 720 | 5.6 | 1,012 | 10.0 | 10 | 22.9 | 21 | 21.9 |
| NE | 557 | 8.3 | 33 | 2.7 | 488 | 8.3 | 17 | 15.4 | 19 | 19.8 |
| ND | 159 | 9.7 | 18 | 5.8 | 136 | 10.0 | 2 | - | 3 | - |
| SD | 211 | 14.2 | 96 | 11.8 | 95 | 14.2 | 12 | 26.9 | 8 | - |

157

## Table C-5. (September 30, 2011—Continued)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| **9TH** | **33,448** | **7.1** | **9,629** | **4.9** | **20,581** | **7.5** | **2,765** | **13.6** | **473** | **22.7** |
| AK | 288 | 9.1 | 67 | 7.8 | 211 | 8.6 | 4 | - | 6 | - |
| AZ | 2,647 | 8.0 | 127 | 2.7 | 2,463 | 8.2 | 24 | 26.6 | 33 | 24.7 |
| CA,N | 5,275 | 8.0 | 889 | 4.0 | 2,727 | 6.9 | 1,604 | 12.6 | 55 | 25.4 |
| CA,E | 3,032 | 7.9 | 1,104 | 5.8 | 1,863 | 9.4 | 31 | 27.0 | 34 | 26.8 |
| CA,C | 11,416 | 5.6 | 4,425 | 4.8 | 6,680 | 5.9 | 138 | 16.1 | 173 | 20.1 |
| CA,S | 2,032 | 6.5 | 268 | 3.0 | 1,139 | 4.9 | 600 | 12.4 | 25 | 28.1 |
| HI | 650 | 8.5 | 345 | 7.6 | 245 | 7.7 | 41 | 15.7 | 19 | 22.8 |
| ID | 423 | 10.9 | 46 | 4.2 | 274 | 9.6 | 92 | 16.3 | 11 | 23.2 |
| MT | 402 | 9.2 | 141 | 4.5 | 131 | 8.0 | 126 | 15.5 | 4 | - |
| NV | 2,228 | 8.1 | 326 | 4.8 | 1,824 | 8.4 | 53 | 11.9 | 25 | 28.5 |
| OR | 1,835 | 10.9 | 725 | 7.9 | 1,055 | 12.1 | 17 | 18.6 | 38 | 28.4 |
| WA,E | 559 | 11.3 | 226 | 8.5 | 307 | 12.1 | 18 | 20.0 | 8 | - |
| WA,W | 2,615 | 6.3 | 912 | 3.3 | 1,650 | 8.2 | 12 | 18.5 | 41 | 18.3 |
| GUAM | 28 | 14.3 | 12 | 13.0 | 11 | 15.2 | 5 | - | 0 | - |
| NMI | 18 | 12.5 | 16 | 12.1 | 1 | - | 0 | - | 1 | - |
| **10TH** | **8,523** | **8.1** | **1,974** | **4.9** | **5,254** | **7.9** | **1,127** | **13.1** | **168** | **23.6** |
| CO | 2,535 | 5.7 | 563 | 2.7 | 1,829 | 6.4 | 95 | 21.3 | 48 | 27.2 |
| KS | 1,227 | 8.0 | 388 | 5.4 | 698 | 8.5 | 114 | 19.5 | 27 | 24.7 |
| NM | 953 | 8.5 | 265 | 5.4 | 370 | 8.0 | 296 | 11.0 | 22 | 25.6 |
| OK,N | 693 | 10.8 | 48 | 2.5 | 623 | 11.0 | 8 | - | 14 | 21.4 |
| OK,E | 375 | 12.0 | 291 | 13.0 | 73 | 7.8 | 7 | - | 4 | - |
| OK,W | 1,186 | 8.8 | 328 | 5.1 | 436 | 7.6 | 406 | 11.3 | 16 | 17.2 |
| UT | 1,291 | 8.4 | 71 | 4.2 | 1,130 | 8.2 | 65 | 18.5 | 25 | 27.8 |
| WY | 263 | 8.6 | 20 | 2.4 | 95 | 4.0 | 136 | 10.4 | 12 | 14.1 |
| **11TH** | **24,121** | **6.8** | **2,244** | **4.1** | **19,796** | **6.5** | **1,746** | **11.9** | **335** | **20.4** |
| AL,N | 2,001 | 8.3 | 184 | 4.8 | 1,762 | 8.3 | 22 | 26.4 | 33 | 18.7 |
| AL,M | 734 | 9.9 | 65 | 6.1 | 616 | 9.7 | 39 | 17.3 | 14 | 15.7 |
| AL,S | 572 | 8.4 | 126 | 6.5 | 426 | 8.5 | 10 | 16.5 | 10 | 16.5 |
| FL,N | 1,039 | 7.0 | 36 | 1.6 | 973 | 7.0 | 13 | 10.2 | 17 | 18.7 |
| FL,M | 6,750 | 9.5 | 306 | 5.5 | 6,236 | 9.2 | 126 | 18.5 | 82 | 21.6 |
| FL,S | 7,565 | 4.8 | 704 | 4.0 | 6,646 | 4.8 | 118 | 10.5 | 97 | 15.0 |
| GA,N | 4,221 | 6.4 | 437 | 2.5 | 2,323 | 4.6 | 1,407 | 11.0 | 54 | 27.2 |
| GA,M | 719 | 9.6 | 211 | 7.8 | 487 | 9.8 | 6 | - | 15 | 22.3 |
| GA,S | 520 | 8.1 | 175 | 6.4 | 327 | 8.5 | 5 | - | 13 | 31.5 |

NOTE: Median time intervals are not computed when fewer than 10 cases reported. This table excludes land condemnations, prisoner petitions, deportation reviews, recovery of overpayments, and enforcement of judgments. Includes cases filed in previous years as consolidated cases that thereafter were severed into individual cases. For fiscal years prior to 2001, this table included data on recovery of overpayments and enforcement of judgments.