## IN THE UNITED STATES COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MITEL NETWORKS CORPORATION;<br>MITEL (DELAWARE), INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Civil Action No. 1:12-cv-00325-GMS |

### DECLARATION OF JEREMY JORDAN IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)

I, Jeremy Jordan, hereby declare:

1. I am employed by Defendant Facebook, Inc. ("Facebook") as a Litigation Paralegal and provide this declaration in support of Facebook's motion to transfer this action to the United States District Court for the Northern District of California. I declare that the following statements are true to the best of my knowledge, information, and belief, formed after a reasonable inquiry under the circumstances. If called upon to testify, I could and would competently testify thereto.

2. Facebook is a Delaware corporation with its headquarters and principal place of business in Menlo Park, California. Facebook moved to Palo Alto, California in June 2004, just months after its initial launch in February, 2004. From June 2004 to its move to Menlo Park in

2011, Facebook's headquarters and principal place of business was in Palo Alto. Both Menlo Park and Palo Alto are within the Northern District of California.

3. Facebook's management team and primary engineering facilities are located at its headquarters in Menlo Park. Nearly all of the highly proprietary information and source code relating to the www.facebook.com website are stored in Facebook's various data centers, which are accessible and ultimately managed from Menlo Park. The same is true for nearly all of the information related to Facebook's general operations, marketing, financials, and customer service.

4. The vast majority of Facebook employees knowledgeable about the design, development, and operation of Facebook's mobile applications and the www.facebook.com website are located at Facebook's Menlo Park headquarters.

5. Facebook has no offices, facilities or employees working in the District of Delaware. I am aware of no relevant documents located in the District of Delaware.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Menlo Park, California on this 10th day of August, 2012.

_____
Jeremy Jordan